■

JOHN J. MCCLOSKEY, as Sheriff of the City of New York, et al., v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted, with $10 costs. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ. [See *ante,* p. 148.]

■

HARRY S. DUBE, Respondent, v. CROMWELL DRUG CO. INC., Appellant, et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See 284 App. Div. 1040.]

■

JACOB WIDELITZ et al., v. DAVID B. WIDELITZ et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel and Bastow, JJ. [See 284 App. Div. 870.]

■

SUSAN GOLDNER v. HANUS GOLDNER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Callahan, J. P., Bastow, Botein and Bergan, JJ. [See 284 App. Div. 961; *post,* p. 882.]

■

JOSEPH L. AUER, as a Director of R. HOE & CO., INC., et al., v. NEIL P. CULLOM et al., Appellants, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Botein, JJ. [See 284 App. Div. 1038.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CARRAWAY, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel and Botein, JJ.

■

ADELE GOLDSTEIN et al. v. CARL SHWIDE et al.— Application denied, with costs and stay vacated. Present — Peck, P. J., Cohn, Breitel and Botein, JJ.

■

WASHINGTON REFRIGERATION CORPORATION v. BENHERMAX CORP.— Application granted and stay continued. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

97 FIFTH AVENUE CORPORATION v. MAX SCHATZBERG.— Application granted and stay continued. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *post,* p. 876.]

■

JARKA CORPORATION v. FIREMAN'S FUND INDEMNITY COMPANY et al.— Application granted and stay continued. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

JARKA CORPORATION v. FIREMAN'S FUND INDEMNITY COMPANY et al.— Application granted and stay continued. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.